UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-03043-CBM-AJR | | Date | June 12, 2026 |
|---|---|---|---|---|

| Title | *United States of America et al v. Lifelong Learning Administration* |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**        **IN CHAMBERS- ORDER RE: COURT'S ORDER TO SHOW CAUSE**

On May 18, 2026, the Court ordered the Plaintiff to show cause in writing on or before May 26, 2026 why this action should be dismissed for lack of prosecution. (Dkt. No. 24 (the "Court's May 18 Order").)   The Court's May 18 Order also stated the "action will be dismissed if the above mentioned documents are not filed by the date indicated above." (*Id.*) As of the date of this Order, Plaintiff has failed to respond to the Court's May 18 Order or file any responsive documents.

Accordingly, the action is hereby **DISMISSED** with prejudice. *See* L.R. 7-12.

**IT IS SO ORDERED.**

                                                                                        00    :

CV-90 (12/02)                          **CIVIL MINUTES - GENERAL**              Initials of Deputy Clerk   VRV